**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **D & M Ventures, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5883783** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **214 E. Travis St., Unit 204**<br>**San Antonio, TX 78205**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bexar**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **D & M Ventures, LLC**                                        Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5416**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check **all** that apply:

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).   If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |

| Debtor | **D & M Ventures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.

| | |
|---|---|
| Insurance agency | _____ |
| Contact name | _____ |
| Phone | _____ |

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **D & M Ventures, LLC**      Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/23/2025**
             MM / DD / YYYY

**X** */s/ Cynthia A. Marquez*              **Cynthia A. Marquez**
     Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

**X** */s/ H. Anthony Hervol*              Date **06/23/2025**
     Signature of attorney for debtor                  MM / DD / YYYY

     **H. Anthony Hervol 00784264**
     Printed name

     **Law Office of H. Anthony Hervol**
     Firm name

     **22211 IH-10 West, Suite 1206-168**
     **San Antonio, TX 78257**
     Number, Street, City, State & ZIP Code

     Contact phone   **(210) 522-9500**      Email address   **hervol@sbcglobal.net**

     **00784264 TX**
     Bar number and State

## RESOLUTIONS AUTHORIZING TITLE 11 CASE

The undersigned, being the authorized representative of D&M Ventures, LLC, a Texas limited liability company (the "Company"), hereby adopts the following resolutions and commits the Company as follows:

WHEREAS, in the business judgment of the undersigned, it is desirable and in the best interest of the Company, its members, its creditors, and other parties-in-interest, that the Company file or caused to be filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the Western District of Texas; therefore, be it:

RESOLVED, it is in the best interests of the Company to file a voluntary petition for relief in the United States Bankruptcy Court for the Western District of Texas, pursuant to Chapter 11 of Title 11 of the United States Code;

RESOLVED, that Cynthia A. Marquez is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

RESOLVED, that Cynthia A. Marquez is authorized and directed to execute and deliver all documents necessary to pursue such litigation as may be necessary and advisable to complete a successful reorganization or liquidation of the Companies' assets;

RESOLVED, that Cynthia A. Marquez is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

RESOLVED, that Cynthia A. Marquez is authorized and directed to employ attorney H. Anthony Hervol, State Bar No. 00784264, and the Law Office of H. Anthony Hervol, to represent the Company in such bankruptcy case;

In witness whereof, the undersigned has executed these Resolutions as of the date set forth below.

DATED to be effective on June 15, 2025.


D&M Ventures, LLC,

By: _____
Cynthia A. Marquez, its Manager and
authorized representative

1

**Fill in this information to identify the case:**

Debtor name  **D & M Ventures, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __June 23, 2025__      X */s/ Cynthia A. Marquez*
                                              Signature of individual signing on behalf of debtor

                                              **Cynthia A. Marquez**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **D & M Ventures, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Pharr, Texas c/o Peralez & Franz LLP 1416 Dove Ave. McAllen, TX 78504 | | Disputed counter-claims | Contingent Unliquidated Disputed | | | $0.00 |
| Cynthia A. Marquez 214 E. Travis St., Unit 204 San Antonio, TX 78205 | | Loan | | | | $463,608.72 |
| FJW Construction, LLC c/o Law Office of Nicholas Bressi P.O. Box 162193 Austin, TX 78716-2193 | | Judgment (exclusive of post-judgment interest) | | | | $167,580.00 |
| Glen Myer c/o Chaiken & Chaiken 5717 Legacy Dr., Suite 250 Plano, TX 75024 | | Judgment (exclusive of post-judgment interest) | | | | $275,000.00 |
| Gustavo De La Vina c/o William J. McCarthy, PLLC 3501 W. Alberta Rd. Edinburg, TX 78539 | | Disputed claims | Contingent Unliquidated Disputed | | | $0.00 |
| Pharr Housing Finance Corporation c/o Peralez & Franz LLP 1416 Dove Ave. McAllen, TX 78504 | | Disputed counter-claims | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **D & M Ventures, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PHFC Jackson Place Apartments c/o Peralez & Franz LLP 1416 Dove Ave. McAllen, TX 78504** | | **Disputed Counter-claims** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **R. Kent Livesay Law Office of R. Kent Livesay c/o William J. McCarthy, PLLC 3501 W. Alberta Rd. Edinburg, TX 78539** | | **Disputed claims** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name     **D & M Ventures, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...................................................................................  $      **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................  $      **14,007,929.45**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...................................................................................  $      **14,007,929.45**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $      **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$      **906,188.72**

4.  Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b

    $      **906,188.72**

**Fill in this information to identify the case:**

Debtor name **D & M Ventures, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo** | **Checking** | | $7,929.45 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $7,929.45

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **D & M Ventures, LLC**                           Case number *(If known)* _____
         Name

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                                    % of ownership

| 15.1. | **Interest in TX Las Palmas Gardens Housing, LP** | 1 | % | | $0.00 |
|---|---|---|---|---|---|
| 15.2. | **TX West End Baptist Housing, LP** | 1 | % | | $0.00 |

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

**17.**  **Total of Part 4.**                                                              $0.00
        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 2

| | | Case number *(If known)* _____ |
|---|---|---|
| Debtor | **D & M Ventures, LLC** | |
| | Name | |

�−illed No. Go to Part 11.

☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claims against City of Pharr, Texas, Pharr Housing & Finance Corporation and PHFC Jackson Place Apartments**

| | | |
|---|---|---|
| | | **$14,000,000.00** |
| Nature of claim | **Breach of contract, Declaratory relief** | |
| Amount requested | **$0.00** | |

| | | |
|---|---|---|
| **Potential claims against former counsel** | | **Unknown** |
| Nature of claim | **Negligence** | |
| Amount requested | **$0.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$14,000,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **D & M Ventures, LLC**                                         Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,929.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $14,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,007,929.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,007,929.45 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __D & M Ventures, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __D & M Ventures, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service -**<br>**Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Andrew Johnson**<br>**Johnson Petrov, LLP**<br>**2929 Allen Parkway, Suite 3150**<br>**Houston, TX 77019**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  Notice only**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Cay Cap Advisors, Inc.**<br>**Christopher Martiner**<br>**3417 W. Hawthorne Rd.**<br>**Tampa, FL 33611**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  Notice only**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **D & M Ventures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Pharr, Texas**
**c/o Peralez & Franz LLP**
**1416 Dove Ave.**
**McAllen, TX 78504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Disputed counter-claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$463,608.72** |
|---|---|---|---|

**Cynthia A. Marquez**
**214 E. Travis St., Unit 204**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Daniel J. Paret**
**Wood Smith Henning & Berman LLP**
**14860 Landmark Boulevard, Suite 120**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**David Salazar**
**3618 Fossil Creek**
**San Antonio, TX 78261-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$167,580.00** |
|---|---|---|---|

**FJW Construction, LLC**
**c/o Law Office of Nicholas Bressi**
**P.O. Box 162193**
**Austin, TX 78716-2193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment (exclusive of post-judgment interest)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275,000.00** |
|---|---|---|---|

**Glen Myer**
**c/o Chaiken & Chaiken**
**5717 Legacy Dr., Suite 250**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment (exclusive of post-judgment interest)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gustavo De La Vina**
**c/o William J. McCarthy, PLLC**
**3501 W. Alberta Rd.**
**Edinburg, TX 78539**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Disputed claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **D & M Ventures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnson Petrov, LLP**
**2929 Allen Parkway, Suite 3150**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Keener, Ind. and dba**
**Kari's Housing Solutions**
**930105 S. 3490 Road**
**Chandler, OK 74834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pharr Housing Finance Corporation**
**c/o Peralez & Franz LLP**
**1416 Dove Ave.**
**McAllen, TX 78504**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Disputed counter-claims**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**PHFC Jackson Place Apartments**
**c/o Peralez & Franz LLP**
**1416 Dove Ave.**
**McAllen, TX 78504**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Disputed Counter-claims**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**R. Kent Livesay**
**Law Office of R. Kent Livesay**
**c/o William J. McCarthy, PLLC**
**3501 W. Alberta Rd.**
**Edinburg, TX 78539**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Disputed claims**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Regency Contracting & Development, LLC**
**c/o David Salazar**
**3618 Fossil Creek**
**San Antonio, TX 78261-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor  **D & M Ventures, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Attorney General of the United States** **Main Justice Building, Room 5111** **10th and Constitution Ave., N.W.** **Washington, DC 20530** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.2 **United States Attorney/IRS** **601 N.W. Loop 410, Suite 600** **San Antonio, TX 78216** | Line **2.1** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 906,188.72 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 906,188.72 |

**Fill in this information to identify the case:**

Debtor name    **D & M Ventures, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **D & M Ventures, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **D & M Ventures, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other | $0.00 |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other | $1,377.00 |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | D & M Ventures, LLC | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **D&M Ventures, LLC vs. City of Pharr, Texas, Pharr Housing Finance Corporation and PHFC Jackson Place Apartments vs. Kimberly Keener, Ind. and dba Kari's Housing Solutions, Regency Contracting & Development, LLC, David Salazar, David Marquez, Cay Cap Advisors, Inc., Johnson Petrov, LLP, Andrew Johnson and Cynthia Marquez** C-3205-16-E | **Breach of Contract** | **275th District Court, Hidalgo County, TX** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Glen Myer v. D&M Ventures, LLC and Cynthia Marquez** 24-cv-968-ADA | **TUFTA claims** | **United States District Court, Austin Div** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Gustavo De La Vina, R. Kent Livesay, The Law Office of R. Kent Livesay, P.L.L.C. vs. David Marquez and D&M Ventures, LLC.** C-5631-16-F | **Breach of Contract** | **332nd District Court, Hidalgo County, TX** | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | D & M Ventures, LLC | Case number *(if known)* | |
|---|---|---|---|

☑ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of H. Anthony Hervol<br>22211 IH-10 West, Suite 1206-168<br>San Antonio, TX 78257 | Attorney Fees | 6/25/2025 | $11,738.00 |
| | Email or website address<br>hervol@sbcglobal.net | | | |
| | Who made the payment, if not debtor?<br>Debtor's Manager | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | D & M Ventures, LLC | Case number *(if known)* | |
|--------|---------------------|--------------------------|--|

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor  __D & M Ventures, LLC_____  Case number *(if known)* _____

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | D & M Ventures, LLC | Case number *(if known)* |
|---|---|---|

Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Morris Company**<br>**5450 NW Central Drive, Ste, 250**<br>**Houston, TX 77092** | **Annual income and franchise tax returns** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Cynthia A. Marquez**<br>**214 E. Travis St., Unit 204**<br>**San Antonio, TX 78205** |
| 26c.2. | **Morris Company**<br>**5450 NW Central Drive, Ste, 250**<br>**Houston, TX 77092** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cynthia A. Marquez** | **214 E. Travis St., Unit 204**<br>**San Antonio, TX 78205** | **Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | D & M Ventures, LLC | Case number *(if known)* | |
|---|---|---|---|

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 23, 2025**

**/s/ Cynthia A. Marquez**        **Cynthia A. Marquez**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

In re  **D & M Ventures, LLC** _____  Case No. _____
                                                Debtor(s)         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $ _____**10,000.00**

    Prior to the filing of this statement I have received _____  $ _____**10,000.00**

    Balance Due _____  $ _____**0.00**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **As provided in Application to Employ filed herein.  Amount shown above is a retainer, not a flat fee.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 23, 2025** _____          /s/ **H. Anthony Hervol**
_Date_                                              **H. Anthony Hervol 00784264**
                                                    _Signature of Attorney_
                                                    **Law Office of H. Anthony Hervol**
                                                    **22211 IH-10 West, Suite 1206-168**
                                                    **San Antonio, TX 78257**
                                                    **(210) 522-9500  Fax: (210) 522-0205**
                                                    **hervol@sbcglobal.net**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
## Western District of Texas

In re __D & M Ventures, LLC_____   Case No. _____

Debtor(s)                          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cynthia A. Marquez**<br>**214 E. Travis St., Unit 204**<br>**San Antonio, TX 78205** | | | **100% Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __June 23, 2025_____        Signature __**/s/ Cynthia A. Marquez**_____

**Cynthia A. Marquez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re   **D & M Ventures, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 23, 2025**

**/s/ Cynthia A. Marquez**
**Cynthia A. Marquez/Manager**
Signer/Title

United States Trustee
615 E Houston Street, Ste 533
San Antonio, TX 78205


Andrew Johnson
Johnson Petrov, LLP
2929 Allen Parkway, Suite 3150
Houston, TX 77019


Attorney General of the United States
Main Justice Building, Room 5111
10th and Constitution Ave., N.W.
Washington, DC 20530


Cay Cap Advisors, Inc.
Christopher Martiner
3417 W. Hawthorne Rd.
Tampa, FL 33611


City of Pharr, Texas
c/o Peralez & Franz LLP
1416 Dove Ave.
McAllen, TX 78504


Cynthia A. Marquez
214 E. Travis St., Unit 204
San Antonio, TX 78205


Daniel J. Paret
Wood Smith Henning & Berman LLP
14860 Landmark Boulevard, Suite 120
Dallas, TX 75254


David Salazar
3618 Fossil Creek
San Antonio, TX 78261-3001


FJW Construction, LLC
c/o Law Office of Nicholas Bressi
P.O. Box 162193
Austin, TX 78716-2193


Glen Myer
c/o Chaiken & Chaiken
5717 Legacy Dr., Suite 250
Plano, TX 75024

Gustavo De La Vina
c/o William J. McCarthy, PLLC
3501 W. Alberta Rd.
Edinburg, TX 78539


Internal Revenue Service - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Johnson Petrov, LLP
2929 Allen Parkway, Suite 3150
Houston, TX 77019


Kimberly Keener, Ind. and dba
Kari's Housing Solutions
930105 S. 3490 Road
Chandler, OK 74834


Pharr Housing Finance Corporation
c/o Peralez & Franz LLP
1416 Dove Ave.
McAllen, TX 78504


PHFC Jackson Place Apartments
c/o Peralez & Franz LLP
1416 Dove Ave.
McAllen, TX 78504


R. Kent Livesay
Law Office of R. Kent Livesay
c/o William J. McCarthy, PLLC
3501 W. Alberta Rd.
Edinburg, TX 78539


Regency Contracting & Development, LLC
c/o David Salazar
3618 Fossil Creek
San Antonio, TX 78261-3001


United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

# United States Bankruptcy Court
## Western District of Texas

In re   __D & M Ventures, LLC__

Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __D & M Ventures, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 23, 2025__

Date

**/s/ H. Anthony Hervol**

**H. Anthony Hervol 00784264**

Signature of Attorney or Litigant

Counsel for   **D & M Ventures, LLC**

**Law Office of H. Anthony Hervol**

**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
**(210) 522-9500 Fax:(210) 522-0205**
**hervol@sbcglobal.net**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **D&M VENTURES, LLC,** | § | **CASE NO. 25-5_____** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

<u>**DECLARATION OF CYNTHIA A. MARQUEZ**</u>

I, Cynthia A. Marquez, declare as follows:

1.　　My name is Cynthia A. Marquez. I am over 18 years of age and am fully competent to make this Declaration. The facts stated in this Declaration are based upon my personal knowledge and are true and correct. I submit this Declaration as required by 11 U.S.C. §1116(1).

2.　　Attached hereto is the most recently filed federal income tax return for D&M Ventures, LLC, which contains the most recently prepared statement of operations and balance sheet for the Debtor. To the best of my knowledge, no cash flow statement has been previously prepared other than what may be contained in the tax return.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _23rd_ day of June, 2025.

_____
Cynthia Marquez, Manager and authorized
representative of the Debtor

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2024** |

For calendar year 2024 or tax year beginning _____ , 2024, ending _____ , 20____

| **A** S election effective date<br>01-01-2021 | **TYPE** | **Name**<br>D & M Ventures LLC | **D** Employer identification number<br>20-5883783 |
|---|---|---|---|
| **B** Business activity code<br>number (see instructions)<br>531310 | **OR**<br>**PRINT** | Number, street, and room or suite no. If a P.O. box, see instructions.<br>214 E Travis Street | **E** Date incorporated<br>06-02-2006 |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>San Antonio                    TX    78205 | **F** Total assets (see instructions)<br>$ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . .    1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---:|
| **Income** | **1 a** | Gross receipts or sales | **b** Less returns and allowances | **c** Balance | **1c** |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . | | **2** | |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . | | **3** | |
| | **4** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . | | **4** | |
| | **5** | Other income (loss) (see instructions - attach statement) . . . . . . . . . | | **5** | |
| | **6** | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . | | **6** | |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . | | **7** | |
| | **8** | Salaries and wages (less employment credits) . . . . . . . . . . . . | | **8** | |
| | **9** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . | | **9** | |
| | **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| | **11** | Rents . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | |
| | **12** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . | | **12** | |
| | **13** | Interest (see instructions) . . . . . . . . . . . . . . . . . . | | **13** | |
| | **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | | **14** | |
| | **15** | Depletion **(do not deduct oil and gas depletion.)** . . . . . . . . . . | | **15** | |
| | **16** | Advertising . . . . . . . . . . . . . . . . . . . . . . . | | **16** | |
| | **17** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | | **17** | |
| | **18** | Employee benefit programs . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** | Energy efficient commercial buildings deduction (attach Form 7205) . . . . . | | **19** | |
| | **20** | Other deductions (attach statement) . . . . . . . . . . . Statement #2 | | **20** | 411,050 |
| | **21** | **Total deductions.** Add lines 7 through 20 . . . . . . . . . . . . . | | **21** | 411,050 |
| | **22** | **Ordinary business income (loss).** Subtract line 21 from line 6 . . . . . . . | | **22** | (411,050) |
| **Tax and Payments** | **23 a** | Excess net passive income or LIFO recapture tax (see instructions) . . . . . | **23a** | | |
| | **b** | Tax from Schedule D (Form 1120-S) . . . . . . . . | **23b** | | |
| | **c** | Add lines 23a and 23b (see instructions for additional taxes) . . . . . . . | | **23c** | |
| | **24 a** | Current year's estimated tax payments and preceding year's overpayment<br>credited to the current year . . . . . . . . . . . | **24a** | | |
| | **b** | Tax deposited with Form 7004 . . . . . . . . . . . | **24b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . . | **24c** | | |
| | **d** | Elective payment election amount from Form 3800 . . . . . | **24d** | | |
| | **z** | Add lines 24a through 24d . . . . . . . . . . . . . | | **24z** | |
| | **25** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . . ☐ | | **25** | |
| | **26** | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed . . . | | **26** | |
| | **27** | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid . . . . . . . . . | | **27** | |
| | **28** | Enter amount from line 27: Credited to 2025 estimated tax _____ Refunded ▶ | | **28** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|
| | Signature of officer | Date | Title |

| **Paid Preparer Use Only** | Print/Type preparer's name<br>Nicole Morris | Preparer's signature | Date<br>04-04-2025 | Check ☒ if self-employed | PTIN<br>P02054072 |
|---|---|---|---|---|---|
| | Firm's name ▶ Morris Company | | | Firm's EIN ▶ | |
| | Firm's address ▶ 5450 NW Central Drive Ste 250 | | | Phone no. | |

Form 1120-S (2024)  D & M Ventures LLC                                    20-5883783                    Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | |
|---|---|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | Check accounting method:  **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) _____ | | | | |
| **2** | See the instructions and enter the: | | | | |
| | **a** Business activity  Real Estate  **b** Product or service  Real Estate | | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . . | | | | |
| **4** | At the end of the tax year, did the corporation: | | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . | | | | |
| | If "Yes," complete lines (i) and (ii) below. | | | | |
| | **(i)** Total shares of restricted stock  . . . . . . . . . . . . . . . _____ | | | | |
| | **(ii)** Total shares of non-restricted stock  . . . . . . . . . . . . . . _____ | | | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . . | | | | |
| | If "Yes," complete lines (i) and (ii) below. | | | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . _____ | | | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed  . . . _____ | | | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . ☐ | | | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . $ _____ | | | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense. | | | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | | | |
| | If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . | | | X | |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000. | | | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | | | |

EEA                                                                    Form **1120-S** (2024)

Form 1120S (2024)  D & M Ventures LLC  20-5883783  Page **3**

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . | | | |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . | | | |
| 14 a | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . | | | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . . . . . | | ☐ | ☐ |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . . . . . . . . . | 1 | (411,050) |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . . . . . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a | Cash charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a | |
| | b | Noncash charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . | 12c | |
| | d | Section 59(e)(2) expenditures . . . . . . . . . . . Type: | 12d | |
| | e | Other deductions (see instructions) . . . . . . . . Type: | 12e | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . . . | 13c | |
| | d | Other rental real estate credits (see instructions) . . Type: | 13d | |
| | e | Other rental credits (see instructions) . . . . . . Type: | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items – International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties - gross income . . . . . . . . . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties - deductions . . . . . . . . . . . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16c | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . . . . | 16f | |

EEA

Form **1120-S** (2024)

Form 1120-S (2024) D & M Ventures LLC     20-5883783     Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | | Total amount |
|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f | 18 | (411,050) |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | | | |

EEA     Form **1120-S** (2024)

Form 1120-S (2024)  D & M Ventures LLC                                  20-5883783                   Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | | 5 | Income recorded on books this year not included | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, | | | on Schedule K, lines 1 through 10 (itemize): | |
| | 5a, 6, 7, 8a, 9, and 10, not recorded on books this | | a | Tax-exempt interest  $ _____ | |
| | year (itemize): _____ | | | _____ | |
| | _____ | | | _____ | |
| 3 | Expenses recorded on books this year not | | 6 | Deductions included on Schedule K, | |
| | included on Schedule K, lines 1 through 12e, | | | lines 1 through 12e, and 16f, not charged | |
| | and 16f (itemize): | | | against book income this year (itemize): | |
| a | Depreciation  $ _____ | | a | Depreciation  $ _____ | |
| b | Travel and entertainment  $ _____ | | | _____ | |
| | _____ | | | _____ | |
| | _____ | | 7 | Add lines 5 and 6  . . . . . . . . . . . . . | |
| 4 | Add lines 1 through 3  . . . . . . . . . . . | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |
|---|---|

| | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|
| 1 Balance at beginning of tax year  . . . . . . . . . . | (40,835) | | | |
| 2 Ordinary income from page 1, line 22  . . . . . . . . | | | | |
| 3 Other additions  . . . . . . . . . . . . . . . . . . | | | | |
| 4 Loss from page 1, line 22  . . . . . . . . . . . . . | ( 411,050 ) | | | |
| 5 Other reductions  . . . . . . . . . . . . . . . . . | ( ) | | | ( ) |
| 6 Combine lines 1 through 5  . . . . . . . . . . . . . | (451,885) | | | |
| 7 Distributions  . . . . . . . . . . . . . . . . . . . | | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6  . . . . . . . . . . . . . . . . . . . . . . . | (451,885) | | | |

EEA                                                                                   Form **1120-S** (2024)

671124

| | |
|---|---|
| **Schedule K-1**<br>**(Form 1120-S)** | **2024** |

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning _____ 2024 _____ ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.
See separate instructions.

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

**Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | Part III | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)<br>(411,050) | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | | |
| | | 17 | Other information |
| 11 | Section 179 deduction | | |
| 12 | Other deductions | | |
| | | V* | STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |

\* See attached statement for additional information.

### Part I   Information About the Corporation

**A** Corporation's employer identification number
20-5883783

**B** Corporation's name, address, city, state, and ZIP code
D & M Ventures LLC

214 E Travis Street

San Antonio                    TX   78205

**C** IRS Center where corporation filed return
Ogden

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . .                    100
End of tax year . . . . . . . . . .                    100

### Part II   Information About the Shareholder

**E** Shareholder's identifying number

**F1** Shareholder's name, address, city, state, and ZIP code
Cynthia Marquez

214 E Travis Street
San Antonio                    TX   78205

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:
TIN _____   Name _____

**F3** What type of entity is this shareholder?   Individual

**G** Current year allocation percentage . . . . . .   100.00000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . .                    100
End of tax year . . . . . . . . . .                    100

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . . $ _____

For IRS Use Only

671124

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

# Schedule K-1
## (Form 1120-S)

### 2024

Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning ___2024___ ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.

See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
20-5883783

**B** Corporation's name, address, city, state, and ZIP code
D & M Ventures LLC

214 E Travis Street

San Antonio          TX   78205

**C** IRS Center where corporation filed return
Ogden

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . ___100___
End of tax year . . . . . . . . . . ___100___

| Part II | Information About the Shareholder |
|---|---|

**E** Shareholder's identifying number

**F1** Shareholder's name, address, city, state, and ZIP code
Cynthia Marquez

214 E Travis Street
San Antonio          TX   78205

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:
TIN _____ Name _____

**F3** What type of entity is this shareholder?  __Individual__

**G** Current year allocation percentage . . . . . __100.00000__ %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . ___100___
End of tax year . . . . . . . . . . ___100___

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . . $ _____

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss)  (411,050) | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| 10 | Other income (loss) | | |
| | | 17 | Other information |
| 11 | Section 179 deduction | | |
| 12 | Other deductions | | |
| | | V* | STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |

\* See attached statement for additional information.

| **Schedule K-1 Supplemental Information** | **2024** |
|---|---|
| Shareholder's name | Shareholder's ID Number |
| Cynthia Marquez | ███████ |
| Name of S Corporation | S Corporation's EIN |
| D & M Ventures LLC | 20-5883783 |

### Form 1120S Schedule K-1 Codes

Line 17, Code V  - Section 199A information
                  [Form 8995 or Form 8995-A]

# STATEMENT A - QBI Pass-through Entity Reporting

Information Reported in Accordance with Section 199A-6
Schedule K-1, Line 17, Code V
(This page is e-filed with the return. Include it if paper-filing.)

**2024**

Name(s) as shown on return
D & M Ventures LLC

Tax ID Number
20-5883783

Name(s) as shown on K1
Cynthia Marquez

Tax ID Number ▮▮▮▮▮▮▮

| Line No. | Description of Trade or Business | Taxpayer Identification Number | PTP | Aggregated | SSTB |
|---|---|---|---|---|---|
| 1 | D & M Ventures LLC | 20-5883783 | | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LINE NUMBER | NO. 1 | NO. ___ | NO. ___ | NO. ___ | NO. ___ | NO. ___ |
|---|---|---|---|---|---|---|
| Ordinary Business Income (Loss) | (411,050) | | | | | |
| Rental Income (Loss) | | | | | | |
| Royalty Income (Loss) | | | | | | |
| Section 1231 Gain (Loss) | | | | | | |
| Other Income (Loss) | | | | | | |
| Section 179 | | | | | | |
| Other Deductions | | | | | | |
| W-2 Wages | | | | | | |
| Unadjusted Basis Immediately After Acquisition | | | | | | |
| Section 199A (REIT) Dividends | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

K1_QBIS-LD

# Shareholder's Basis Worksheet Prepared from the S Corporation Records

**2024**

Basis is reported on Form 7203 and must be determined at the shareholder level. Consult your tax advisor.

| Shareholder Number: | TIN: | Tax year ending: 12-31-2024 | Ownership %: 100.000000 |
|---|---|---|---|

| Shareholder Name: | Cynthia Marquez | | |
|---|---|---|---|

| Corporation Name: | D & M Ventures LLC | EIN | 20-5883783 |
|---|---|---|---|

## Stock basis

| | | | | |
|---|---|---|---|---|
| 1 | Stock basis, beginning of year (Not less than zero) | | 1 | |
| 2 | Additional Capital Contributions of Stock Purchased | | 2 | |
| 3 | Increases for income and gain items | | | |
| a | Ordinary Income | (Sch K-1, Line 1) | a | |
| b | Real Estate Rental Income | (Sch K-1, Line 2) | b | |
| c | Other Rental Income | (Sch K-1, Line 3c) | c | |
| d | Interest, Dividends & Royalties | (Sch K-1, Lines 4, 5 & 6) | d | |
| e | Capital Gain | (Sch K-1, Lines 7 & 8a) | e | |
| f | Other Portfolio Income | (Sch K-1, Line 10a) | f | |
| g | Section 1231 Gain | (Sch K-1, Line 9) | g | |
| h | Other Income | (Sch K-1, Line 10) | h | |
| | Total Income and Gain Items | (Total lines 3a-3h) | 3a-h | |
| i | Increase for Non-Taxable Income | (Sch K-1, Lines 16a & b) | 3i | |
| j | Increase for Excess Depletion Adjustment | | 3j | |
| k | Increase from Recapture of Business Credits (See IRC § 49(a), 50(a), 50(c)(2) & 1371(d)) | | 3k | |
| l | Gain from 179 asset disposition | | 3l | |
| 4 | Stock Basis Before Distributions | (Add lines 1 through 3) | | 4 |
| 5 | Reduction for Non-Taxable Distributions | (Sch K-1, Line 16d) | | 5 |
| 6 | Stock Basis Before Non-Ded. Expense & Depletion | (Cannot be negative) | | 6 |
| 7a | Decrease for Non-Deductible Expense/Credit Adj | (Sch K-1, Line 16c & 13) | a | |
| b | Decrease for Depletion | (Sch K-1, Line 17r) | b | 7 |
| 8 | Stock Basis Before Allowable Losses & Deductions | (Cannot be negative) | | 8 |
| 9 | Decreases for Loss and Deduction items | | | |
| a | Ordinary Loss | (Page 2, Col e, Line 9a) | a | |
| b | Real Estate Rental Loss | (Page 2, Col e, Line 9b) | b | |
| c | Other Rental Loss | (Page 2, Col e, Line 9c) | c | |
| d | Capital Loss | (Page 2, Col e, Line 9d) | d | |
| e | Other Portfolio Loss | (Page 2, Col e, Line 9e) | e | |
| f | Section 1231 Loss | (Page 2, Col e, Line 9f) | f | |
| g | Other Loss | (Page 2, Col e, Line 9g) | g | |
| h | Charitable Contributions | (Page 2, Col e, Line 9h) | h | |
| i | Section 179 Expense | (Page 2, Col e, Line 9i) | i | |
| j | Portfolio Income Expenses | (Page 2, Col e, Line 9j) | j | |
| k | Other Deductions | (Page 2, Col e, Line 9k) | k | |
| l | Interest Expense on Investment Debt | (Page 2, Col e, Line 9l) | l | |
| m | Total Foreign Taxes Paid/Accrued | (Page 2, Col e, Line 9m) | m | |
| n | Section 59(e) Expenditures | (Page 2, Col e, Line 9n) | n | |
| | Total Loss and Deduction Items | (Total Lines 9a-9n) | 9a-n | |
| o | Other decreases | (Page 2, Col e, Line 9o) | 9o | |
| p | Loss from 179 asset disposition | (Page 2, Col e, Line 9p) | 9p | |
| | Total Decrease for Loss and Deductions Items and Business Credits | | | 9 |
| 10 | Less: net increase applied to debt basis | | | 10 |
| 11 | Stock Basis at End of Year (Cannot be negative) | | | 11 |

## Debt Basis

| | | | |
|---|---|---|---|
| 12 | Debt basis at beginning of year (not less than zero) | 12 | |
| 13 | New loans to corporation during year | 13 | |
| 14 | Restoration of Debt Basis (Line 10) | 14 | |
| 15 | Less: Loans repaid by corporation during the year | 15 | |
| 16 | Less: Applied against excess loss and deductions / non-deductible items | 16 | |
| 17 | Debt basis at the end of tax year (combine lines 12-16) (not less than zero) | | 17 |
| 18 | Shareholder's total basis at end of tax year (combine lines 11 and 17) | | 18 |

## Carryover

| | | Total Disallowed Losses | Debt Basis Applied Against Excess Losses and Deductions |
|---|---|---|---|
| 19 | Total Beginning of year | 40,835 | |
| 20 | Add: Losses and deductions this year | 411,050 | |
| 21 | Less: Applied this year | | |

**Allocation of Losses and Deductions**

Keep for your records.

**2024**

| Shareholder Number: | TIN: | Year Ended: 12-31-2024 | Ownership %: 100.000000 |
|---|---|---|---|

**Shareholder Name:** Cynthia Marquez

**Corporation Name:** D & M Ventures LLC  **EIN** 20-5883783

IMPORTANT: Loss limitations are applied at the individual shareholder level. This worksheet is informational only and may not match actual losses and deductions reported on Form 7203.

| | | (a) Beginning of Year Losses and Deductions | (b) Current Year Losses and Deductions | (c) Total Losses and Deductions | (d) % | (e) Allocable Losses and Deductions in Current Year | (f) Disallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|---|---|---|
| 3a Ordinary losses from trade or business | (Sch K, Line 1) | 40,835 | 411,050 | 451,885 | 100.000000 | | 451,885 |
| b Net losses from rental real estate activities | (Sch K, Line 2) | | | | | | |
| c Net losses from other rental activities | (Sch K, Line 3c) | | | | | | |
| d Net short-term capital losses | (Sch K, Lines 7 & 8a) | | | | | | |
| d Net long-term capital losses | | | | | | | |
| e Other portfolio losses | (Sch K, Line 10a) | | | | | | |
| f Net losses under Section 1231 | (Sch K, Line 9) | | | | | | |
| g Other losses | (Sch K, Line 10a) | | | | | | |
| h Charitable contributions | (Sch K, Line 12a-g) | | | | | | |
| i Section 179 expense deduction | (Sch K, Line 11) | | | | | | |
| j Portfolio income expenses | (Sch K, Line 12i) | | | | | | |
| k Other deductions | (Sch K, Ln 12, i,m-o,s) | | | | | | |
| l Interest expense on investment debts | (Sch K, Line 12h) | | | | | | |
| m Foreign taxes paid or accrued | (Sch K, Line 16f) | | | | | | |
| n Section 59(e) expenditures | (Sch K, Line 12i) | | | | | | |
| o Other decreases | | | | | | | |
| p Loss from 179 asset | | | | | | | |
| Total deductible losses and deductions | | 40,835 | 411,050 | 451,885 | | | 451,885 |
| 7a Nondeductible expenses & credit adj | (Sch K, Line 16c & 13) | | | | | | |
| b Oil and gas depletion | (Sch K, Line 17r) | | | | | | |
| Total nondeductible losses and deductions | | | | | | | |
| **Totals** | | 40,835 | 411,050 | 451,885 | | | 451,885 |

WK_SBAS~LD2